**DISTRICT COURT OF MARYLAND FOR** Baltimore County - CATONSVILLE
City/County

Located at **1 ROLLING CROSS ROAD, CATONSVILLE, MD 21228**    Telephone (410) 512-2000
Court Address

Case No.    **D-08-CV-25-024428**

(1) Key Real Estate Investments LLC          vs.  (1) All Occupants
Plaintiff                                              Defendant
301 West Preston Street                              7876 Johnnycake Road
Address of Plaintiff                                  Address of Defendant
Baltimore MD 21201         (703) 622-3067            Windsor Mill MD 21244
City, State, Zip           Telephone Number          City, State, Zip          Telephone Number

(2)                                            (2)
Plaintiff                                            Defendant

Address of Plaintiff                                  Address of Defendant

City, State, Zip           Telephone Number          City, State, Zip          Telephone Number

## COMPLAINT FOR WRONGFUL DETAINER
### (Real Property § 14-132)

Plaintiff alleges that:
1. The defendant(s) hold(s) possession of real property known as
    7876 Johnnycake Road Baltimore, MD 21244
    Address
2. The defendant is not entitled to possession of the property under the law.
3. The defendant has not been granted possession under a currently valid court order.
4. The plaintiff does not have a remedy under Title 8 of the Real Property article.
5. No other exclusive remedy to recover possession of the property is provided by statute or rule.
6. As a result of the wrongful detainer, the plaintiff has incurred damages of $ _____ , court costs, and attorney's fees of $ _____ . (personal service only)

**Plaintiff requests**
- ☒ that this court immediately summons the person(s) in possession to court to show cause, if any, why possession of the real property described in paragraph 1 should not be restored to the plaintiff(s).
- ☒ possession of the premises and damages in the amount of $ ____ plus attorney's fees in the amount of $ ____ and court costs in the amount of $ ____ . (personal service only)

/s/Daniel B. Snellings, Jr.         2402051014          201 N. Charles Street, Suite 1100
Signature of Plaintiff or Attorney   Attorney Number       Address
DANIEL B. SNELLINGS, JR.                                   Baltimore, MD 21201
Printed Name                                              City, State, Zip
04/29/2025                                                443-681-6522
Date                                                     Telephone
410-762-0142                                              dsnellings@heymanfirm.com
Fax                                                      E-mail

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No defendant is in the military service. The facts supporting this statement are:

_____
Specific facts must be given for the court to conclude that each tenant who is a natural person is not in the military.

☒ I am unable to determine whether or not any defendant is in military service.   ☐ Verified through DOD at: scra.dmdc.osd.mil/

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

5/7/2025                                            /s/Daniel B. Snellings, Jr.
Date                                               Signature of Plaintiff or Attorney

## WRONGFUL DETAINER SUMMONS

**STATE OF MARYLAND,**    **BALTIMORE COUNTY - CATONSVILLE** _____ :
To the sheriff /constable:

**IT IS ORDERED** that you notify by first-class mail and summon the defendant(s) to appear in the District Court shown above on **05/27/2025** at **RM#2@900** ☒ AM ☐ PM and to show cause, if any, why possession of the real property described in paragraph 1 should not be restored to the plaintiff(s), and that if the defendant(s) do(es) not appear, judgment may be entered against the defendant(s) for the relief demanded;

**IT IS FURTHER ORDERED** that if you are unable to serve the summons on the defendant, or upon the known or authorized agent of the defendant, you are to affix a copy of the summons conspicuously upon the property.

Returnable to this court on or before **05/20/2025**
Date

**05/08/2025**                                    **MARIA R FIELDS/DRC**
Date                                               Clerk

NOTE: Information about available protections for pets during an eviction can be found through the Maryland Department of Agriculture's website at mda.maryland.gov Pages/Pets-and-eviction.aspx
To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Need legal help or rental assistance? Talk with a lawyer at a Maryland Court Help Center. Free. Online. In Person. By Phone.
¿Necesita ayuda legal o asistencia con el alquiler? Hable con un abogado en un Centro de Ayuda de Los Tribunales de Maryland. Gratis.En línea.
En persona. Por teléfono.
mdcourts.gov/helpcenter. 410 260-1392.

DC-CV-089 (Rev 10/2023)

## SHERIFF/CONSTABLE RETURN TO COURT

☒ I mailed a copy of Writ of Summons, Complaint, and all supporting papers by first-class mail to

_____ _____ ____ **ALL OCCUPANTS** ____ ___ . on _ **05/08/2025** _____ ☐AM ☐ PM.
                  Defendant                                        Date              Time

☐ I served a copy of Writ of Summons, Complaint, and all supporting papers by delivery to

_____ ___ _____ ___ _____ Name _ _____ _____ ' _____ Title ___ on

    Date                Time    ☐ AM ☐ PM at__ .                Location

The person I left the papers with acknowledged being: (1) a resident of above listed address; (2) 18 years of age or older;

(3) of suitable discretion in that the relationship to the defendant is

and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that

the individual served is of suitable age and discretion are:

Description of the person served: Race ____ __ Sex     Ht     Wt     Hair     Eyes     Age

Other ___ __ _____

☐ Neither the defendant nor a person in possession of the property could be served, so I affixed an attested copy of the Writ of

Summons and Complaint conspicuously upon the premises described in the complaint on        Date

___Date _____ ____ _____         Signature of Sheriff/Constable

                                                    Printed Name