**DISTRICT COURT OF MARYLAND FOR** Baltimore County - CATONSVILLE
_City/County_

Located at **1 ROLLING CROSS ROAD, CATONSVILLE, MD 21228**
_Court Address_

Telephone (410) 512-2000

Case No. **D-08-CV-25-024428**

| | | |
|---|---|---|
| (1) Key Real Estate Investments LLC | vs. | (1) All Occupants |
| _Plaintiff_ | | _Defendant_ |
| 301 West Preston Street | | 7876 Johnnycake Road |
| _Address of Plaintiff_ | | _Address of Defendant_ |
| Baltimore MD 21201 | (703) 622-3067 | Windsor Mill MD 21244 |
| _City, State, Zip_ | _Telephone Number_ | _City, State, Zip_ ... _Telephone Number_ |
| (2) | | (2) |
| _Plaintiff_ | | _Defendant_ |
| _Address of Plaintiff_ | | _Address of Defendant_ |
| _City, State, Zip_ | _Telephone Number_ | _City, State, Zip_ ... _Telephone Number_ |

## COMPLAINT FOR WRONGFUL DETAINER
(Real Property § 14-132)

Plaintiff alleges that:
1. The defendant(s) hold(s) possession of real property known as 7876 Johnnycake Road Baltimore, MD 21244
   _Address_
2. The defendant is not entitled to possession of the property under the law.
3. The defendant has not been granted possession under a currently valid court order.
4. The plaintiff does not have a remedy under Title 8 of the Real Property article.
5. No other exclusive remedy to recover possession of the property is provided by statute or rule.
6. As a result of the wrongful detainer, the plaintiff has incurred damages of $ _____ , court costs, and attorney's fees of $ _____ . (personal service only)

**Plaintiff requests**
☒ that this court immediately summons the person(s) in possession to court to show cause, if any, why possession of the real property described in paragraph 1 should not be restored to the plaintiff(s).
☒ possession of the premises and damages in the amount of $ _____ plus attorney's fees in the amount of $ _____ and court costs in the amount of $ _____ . (personal service only)

| | | |
|---|---|---|
| /s/Daniel B. Snellings, Jr. | 2402051014 | 201 N. Charles Street, Suite 1100 |
| _Signature of Plaintiff or Attorney_ | _Attorney Number_ | _Address_ |
| DANIEL B. SNELLINGS, JR. | | Baltimore, MD 21201 |
| _Printed Name_ | | _City, State, Zip_ |
| 04/29/2025 | | 443-681-6522 |
| _Date_ | | _Telephone_ |
| 410-762-0142 | | dsnellings@heymanfirm.com |
| _Fax_ | | _E-mail_ |

### MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No defendant is in the military service. The facts supporting this statement are: _____

_Specific facts must be given for the court to conclude that each tenant who is a natural person is not in the military._

☒ I am unable to determine whether or not any defendant is in military service.   ☐ Verified through DOD at: scra.dmdc.osd.mil/

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

5/7/2025    /s/Daniel B. Snellings, Jr.
_Date_      _Signature of Plaintiff or Attorney_

### WRONGFUL DETAINER SUMMONS

STATE OF MARYLAND, **BALTIMORE COUNTY - CATONSVILLE**  :

To the sheriff/constable:
   IT IS ORDERED that you notify by first-class mail and summon, the defendant(s) to appear in the District Court shown above on **05/27/2025** at **RM#2@900** ☒ AM ☐ PM and to show cause, if any, why possession of the real property described in paragraph 1 should not be restored to the plaintiff(s), and that if the defendant(s) do(es) not appear, judgment may be entered against the defendant(s) for the relief demanded;
   IT IS FURTHER ORDERED that if you are unable to serve the summons on the defendant, or upon the known or authorized agent of the defendant, you are to affix a copy of the summons conspicuously upon the property.

Returnable to this court on or before **05/20/2025**
                                       _Date_
**05/08/2025**                                         **MARIA R FIELDS/DRC**
_Date_                                                 _Clerk_

NOTE: Information about available protections for pets during an eviction can be found through the Maryland Department of Agriculture's website at mda.maryland.gov Pages/Pets-and-eviction.aspx
To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Need legal help or rental assistance? Talk with a lawyer at a Maryland Court Help Center. Free. Online. In Person. By Phone.
¿Necesita ayuda legal o asistencia con el alquiler? Hable con un abogado en un Centro de Ayuda de Los Tribunales de Maryland. Gratis. En línea.
En persona. Por teléfono.
mdcourts.gov/helpcenter. 410 260-1392.

DC-CV-089 (Rev 10/2023)

# SHERIFF/CONSTABLE RETURN TO COURT

☒ I mailed a copy of Writ of Summons, Complaint, and all supporting papers by first-class mail to **05/08/2025**

_____ALL OCCUPANTS_____ . on _____ _____ ☐ AM ☐ PM.
　　　　Defendant　　　　　　　　　　　　　Date　　　　Time

☐ I served a copy of Writ of Summons, Complaint, and all supporting papers by delivery to

_____　　　　　　　　　　　　　　　　　　　_____ on
　　　　Name　　　　　　　　　　　　　　　　　　Title

_____ _____ ☐ AM ☐ PM at _____
Date　　Time　　　　　　　　　　　　　Location

The person I left the papers with acknowledged being: (1) a resident of above listed address; (2) 18 years of age or older; (3) of suitable discretion in that the relationship to the defendant is _____ and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that the individual served is of suitable age and discretion are: _____

Description of the person served: Race _____ Sex _____ Ht _____ Wt _____ Hair _____ Eyes _____ Age _____

Other _____

☐ Neither the defendant nor a person in possession of the property could be served, so I affixed an attested copy of the Writ of Summons and Complaint conspicuously upon the premises described in the complaint on _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

_____　　　　　　　_____
　　Date　　　　　　　　　　　　　　　Signature of Sheriff/Constable

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Printed Name